UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Case Number: 3:22 CR 51 DRL |
| | ) | |
| CAROLYN DAVIS | ) | 18 U.S.C. § 922(a)(6) |

**THE GRAND JURY CHARGES**:

On or about September 1, 2020, in the Northern District of Indiana,

**CAROLYN DAVIS,**

defendant herein, in connection with the acquisition of a firearm from Kempf Gun Shop LLC, a licensed firearms dealer, knowingly made a false and fictitious statement to Kempf Gun Shop LLC that was intended and likely to deceive Kempf Gun Shop LLC as to a fact material to the lawfulness of the acquisition of the firearm by the defendant, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transactions Record to the effect that she was the actual transferee/buyer of the firearm when in fact she was not.

All in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATIONS

1. The allegations contained in the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6) as alleged in the Indictment, the defendant, **CAROLYN DAVIS**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

Dated: July 13, 2022

A TRUE BILL:

*s/ Foreperson*
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: *s/ Frank E. Schaffer*
Frank E. Schaffer
Assistant United States Attorney